```
 1
 2
 3
 4
 5
 6                        UNITED STATES DISTRICT COURT
 7                       CENTRAL DISTRICT OF CALIFORNIA
 8
 9
10   VICTOR M. HERRERA,              )   No. EDCV 08-0586-RC
                                     )
11              Plaintiff,           )
                                     )
12   vs.                             )   JUDGMENT
                                     )
13   MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
14                                   )
                Defendant.            )
15   _____)
16
17       IT IS ADJUDGED that Judgment shall be entered awarding Title II
18   disability benefits to plaintiff pursuant to 42 U.S.C. § 423.
19
20   DATED: October 6, 2009        /S/ ROSALYN M. CHAPMAN
                                       ROSALYN M. CHAPMAN
21                                 UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27   R&R-MDO\08-0856.jud
     10/6/09
28
```